**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT J. NICOLETTA,

                                   Plaintiff,

          -against-                                                    25 **CIVIL** 04067 (ER)

                                                              **DEFAULT JUDGMENT**

ENDONOVO THERAPEUTICS, INC.,

                                   Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 16, 2026, the Court grants Nicoletta's request for default

judgment, and the parties are directed to resolve the claims under the Promissory Note through

arbitration administered by JAMS; accordingly, the case is closed.

**Dated:** New York, New York

          April 17, 2026

                                             **TAMMI M. HELLWIG**

                                   _____
                                             **Clerk of Court**

                         **BY:**

                                   _____
                                             **Deputy Clerk**